U.S. Department of Justice

*United States Attorney*
*District of Maryland*

*Anatoly Smolkin*
*Assistant United States Attorney*
*Anatoly.Smolkin@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4876*
*MAIN: 410-209-4800*
*FAX: 410-962-2310*

February 4, 2020

The Honorable Deborah K. Chasanow
United States District Judge
U.S. District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 21201

    Re:    **<u>United States v. Damon Deloatch</u>, Criminal No. DKC-19-0273**

Dear Judge Chasanow:

    I write with the consent of the Defendant's counsel to provide the Court with a Joint Status Report. On December 12, 2019, the Court entered a Consent Order for Mental Competency Evaluation, which sets forth the agreed-upon procedures for a competency evaluation by the government's qualified mental health professionals. ECF No. 30.

    The government has retained Dr. Neil Blumberg to conduct a competency evaluation of the Defendant. Counsel for the Defendant has produced copies of the documents identified in the Consent Order. Dr. Blumberg has reviewed those documents and has identified additional documents that he needs to review before conducting an independent evaluation of the Defendant. The parties are working to obtain those additional documents for Dr. Blumberg's review. The parties expect that Dr. Blumberg's independent evaluation will occur in March.

    In light of the above, the parties jointly request additional time to allow for Dr. Blumberg to complete his evaluation of the Defendant, prepare a report for the Court's consideration, and for the parties to confer about next steps. The parties request to submit another status report to the Court on or before March 31, 2020.

    Thank you for your attention to this matter.

    Respectfully submitted,

    Robert K. Hur
    United States Attorney

        /s/
    Anatoly Smolkin
    Assistant United States Attorney

cc:    Sedira Banan, Esq.