

U.S. Department of Justice

United States Attorney
District of Maryland

*Anatoly Smolkin*
*Assistant United States Attorney*
*Anatoly.Smolkin@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4876*
*MAIN: 410-209-4800*
*FAX: 410-962-2310*

February 12, 2021

The Honorable Deborah K. Chasanow
United States District Judge
U.S. District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 21201

Re: **United States v. Damon Deloatch**, Criminal No. DKC-19-0273

Dear Judge Chasanow:

I write with the consent of the Defendant's counsel to provide the Court with a joint status report in this case. On December 12, 2019, the Court entered a Consent Order for Mental Competency Evaluation. ECF No. 30. The government retained Dr. Neil Blumberg to conduct an evaluation of the Defendant. The evaluation was originally scheduled to occur in April 2020, but it was postponed due to the COVID-19 pandemic.

After discussing options for a safe evaluation, the parties agreed that the evaluation could be conducted by videoconference. The evaluation occurred on January 11, 2021. After the evaluation, Dr. Blumberg prepared a report of his findings, dated February 1, 2021, which has been produced to the Defendant's counsel. In light of the government and defense counsel's conflicting positions as to the Defendant's competency to stand trial, the parties agree that a competency hearing will be necessary.

Regarding next steps, the United States respectfully requests an opportunity to file a short response to the Defendant's pending Motion for a Competency Evaluation. ECF No. 26 (under seal). Along with its response, the United States will submit Dr. Blumberg's written report to the Court. The United States respectfully requests that it be permitted to submit its response on or before February 26, 2021. Defense counsel consents to this request.

The parties also request that the Court hold a telephone status conference at the Court's convenience, on a date after the United States has filed its response, to discuss further scheduling.

Thank you for your attention to this matter.

Respectfully submitted,

Robert K. Hur
United States Attorney

_____/s/_____
Anatoly Smolkin
Assistant United States Attorney

cc: AFPD Sedira Banan, Esq.